PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MITCHELL A. DRAKE<br><br>　　　　　Defendant. | Case No. 1:22-po-00152-SAB<br><br>[Citation #9337223 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00152-SAB [Citation #9337223 CA/74] against MITCHELL A. DRAKE, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.


DATED: October 17, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　/s/ *Chan Hee Chu*
　　　　　　　　　　　　　　　　　　　　　　CHAN HEE CHU
　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00152-SAB [Citation #9337223 CA/74] against MITCHELL A. DRAKE be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **October 18, 2022**

UNITED STATES MAGISTRATE JUDGE